IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMUEL ELIAJAH HARRIS,

    Plaintiff,

v.                                CASE NO. 4:05-cv-00422-MP-AK

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that his case be dismissed without prejudice. The Court agrees with the Magistrate Judge that because Plaintiff has had three prior dismissals which count as "strikes" and he is not under imminent danger of serious physical injury, this case must be dismissed. In his objections, the Plaintiff simply challenges the legality of the three strikes rule. He does not offer any argument that he is under imminent danger of serious physical injury or that he has paid the filing fee. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this   *11th* day of January, 2006

                              *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge